IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY SCOTT SAFREED,                   No. Civ. S-07-700 DFL EFB

      Plaintiff,

  v.                                  <u>RECUSAL ORDER</u>

MEDTRONIC, INC., and DOES 1 through 20, inclusive,

      Defendants.
_____/

    Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

    Good cause appearing therefor,

    IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

//

//

1 | the Clerk of the Court make appropriate adjustment in the
2 | assignment of civil cases to compensate for this reassignment.
3 |     IT IS SO ORDERED.    LAWRENCE K. KARLTON
4 | DATED: April 17, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge