IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY SCOTT SAFREED,             No. Civ. S-07-700 DFL EFB

       Plaintiff,

   v.                              <u>RECUSAL ORDER</u>

MEDTRONIC, INC., and DOES 1 through 20, inclusive,

       Defendants.
_____/

     Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

     Good cause appearing therefor,

     IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

     IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

//

//

1 | the Clerk of the Court make appropriate adjustment in the
2 | assignment of civil cases to compensate for this reassignment.
3 |     IT IS SO ORDERED.     **LAWRENCE K. KARLTON**
4 | DATED: April 17, 2007
5 |                                /s/ David F. Levi
                                   DAVID F. LEVI
                                   United States District Judge

2