# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| TROY SCOTT SAFREED,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., and DOES 1 through 20, Inclusive,<br><br>Defendant. | CASE NO. 2:07-CV-00700 LKK-EFB<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS IN THE EASTERN DISTRICT** |

The parties' joint motion for a stay of all proceedings in the Eastern District of California including, but not limited to, the pre-trial scheduling conference currently set for June 25, 2007, all related orders, and any future status conference, is **GRANTED**. Upon entry of this order, all proceedings in this court are stayed pending transfer of this action to MDL 05-1726. The pre-trial scheduling conference previously set for June 25, 2007, is removed from calendar. The parties are relieved from their duty to file conference statements or any other pleadings in this Court during the pendency of MDL 05-1726.

Dated: June 13, 2007

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com